UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-CV-08351-CAS (MRW) | Date | November 22, 2022 |
| Title | WATKINS REAL ESTATE GROUP v. WESLEY DUNNING ET AL. | | |

**Present: The Honorable** CHRISTINA A. SNYDER

| CATHERINE JEANG | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:
N/A                                  N/A

**Proceedings:** PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO REMAND TO STATE COURT (Dkt. 7, filed on NOVEMBER 21, 2022)

On November 21, 2022, plaintiff filed an ex parte application to remand this action to California Superior Court. Dkt. 7. In light of the Court's order remanding this case to Superior Court, the Court denies the application as moot.

IT IS SO ORDERED.

:

Initials of Preparer    KMH